FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS ERIC SCHOTT,<br><br>Defendant. | No. 4:19-CR-06066-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 56** |
|---|---|

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 56). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition Nos. 9-10, which require Defendant participate in a program of GPS location monitoring and home confinement. ECF No. 56. For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 56**) is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

2. Special Condition No. 9 (**ECF No. 40**) shall be **STRICKEN**.

3. Special Condition No. 10 (**ECF No. 40**) shall be **STRICKEN**.

4. All other conditions of release shall remain in effect.

DATED June 1, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 2